**Order entered February 5, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00159-CV

**KBIDC INVESTMENTS, LLC, Appellant**

**V.**

**ZURU TOYS INC., ZURU INC., AND ZURU LTD., TINNUS ENTERPRISES, LLC AND JOSH MALONE, Appellees**

**On Appeal from the 219th Judicial District Court
Collin County, Texas
Trial Court Cause No. 219-05584-2017**

## ORDER

The jury charge was omitted from the clerk's record in this appeal. Accordingly, we

**ORDER** the Collin County District Clerk to file a supplemental clerk's record by February 14,

2020 containing the jury charge in this case.


/s/　　LANA MYERS
　　　　PRESIDING JUSTICE